**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PAMELA COLLINS,**

        **Plaintiff,**

**v.**                                  **Case No:  6:16-cv-1983-Orl-37GJK**

**EMAN BOUGHDADI and ST. MENA
GROCERY, INC.,**

        **Defendants.**

_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntarily Dismissal (Doc. 12), filed February 16, 2017.   No answer has been filed.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), this case is hereby **DISMISSED** with prejudice.   The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida this 21st day of February, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:      Counsel of Record